Honorable, Judge McDonough

FILED

MAY 18 2020

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

Section 603 of the First STEP ACT of 2018, which expanded the authority of district courts to grant defendant's motion for compassionate released based upon "extraordinary and compelling reasons" and pursuant 18 U.S.C. 3582(c)(1)(A) Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006(A)(1) and (c), I understand that the courts is authorized to grant or appoint me an attorney to assist me on the Compassionate Release Motion.

Your Honor, I am asking you, if you will, to grant me a reduction in my sentence due to the extraordinary circumstances in which I am currently living in. Here at Butner staff members and inmates both has test positive for the COVID-19, at a high rate. I work as a Inmate Companion (ICP) assisting doctors, nurses and those in the Psychology department to take care of the sick. As I write you and asking for your mercy, there's an active case on the floor where I work. Officers that be escorting patients to their outside doctors appointments when they bring the patient back - the patient is then placed on a 14 day quarantine while the duty officers aren't. This alone puts me and others at a higher risk of being exposed to the virus. Your Honor, I have issues with my health also. I have hypertension (High Blood Pressure), issues with my testicles, I've just recently been approved to have surgery for the removal of a golfball size cyst in the back of my head (I have medical records stating the type of cyst it is), I have to go back to see a specialist regarding a mass in my throat. Your Honor, I am asking you would you please show mercy in this matter. Since entering the federal system I've been programm

intensively also. I have utilized the time I've spend being productive- applying myself of becoming a model citizen, a better father for my children, a better son to my mother and a more rounded and better individual.

I, Douglas C. Bryant humbly ask the courts for appointment of attorney to assist me with my Compassion Release Motion.

Sincerely,
Douglas Bryant

Name: Douglas Bryant 19086-074
Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

LEGAL
MAIL

RALEIGH NC 275
Research Triangle Region
13 MAY 2020 PM 1 L

United States District Court
Eastern District of Tennessee
Office of the Clerk
900 Georgia Ave. Room 309
Chattanooga, TN 37400



**FEDERAL MEDICAL CENTER**
**P.O. BOX 1600**
**BUTNER, NORTH CAROLINA 27509**

DATE: _____ 5-11-20

"SPECIAL LEGAL MAIL"

**The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.**