Office of Clerk,

Wednesday
1-20-21

RE: Copy of latest motion that was received on Jan 4th, 2021.

Dear Clerk,

I am requesting a copy of my the motion under the First Step Act, extraordinary and compelling reason, dealing with the 851 enhancement 3582(c)(1). This is the latest and most recent motion that I had filed along with asking the court to appoint counsel.

I also would like a copy of my sealed document (Plea Agreement). I have requested this document numerous times to no avail. I'm assuming the sealed document is my Plea Agreement.

Douglas Bryant
1:10 cr 53

FILED
JAN 25 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Name: Douglas Knight 18081-04
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
21 JAN 2021 PM 6 L



37402-223417

Office of Clerk
United States District Court
900 Georgia Avenue, Room 309
Chattanooga, TN 37402